# United States District Court
# Western District of NorthCarolina
# Charlotte Office Division

| | | |
|---|---|---|
| **Jamieo Simpson,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16-cv-873 |
| | ) | 3:04-cr-130 |
| vs. | ) | |
| | ) | |
| **United States of America** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 27, 2017 Order.

January 27, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court